## Isora McNulty, Appellee, v. Lewis A. Reinert and Robert Clarke, Trading as the Alexandria Hotel, Appellants.

### Gen. No. 40,501. (Abstract of Decision.)

Heard in second division, first district, this court at December term, 1938; opinion filed May 28, 1940. Andrew J. Farrell, for appellants; Henry Roth, Charles C. Spencer and Richard M. Spencer, for appellee. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''